UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-09

JOHN CACOULIDIS and PHYLLIS CACOULIDIS, as Trustees of GRAND METRO BUILDERS OF NY CORP. DEFINED BENEFIT PLAN, on Behalf of Themselves and all Others Similarly Situated, and Derivatively on behalf of BEACON ASSOCIATES LLC I,

    Plaintiffs,

v.

BEACON ASSOCIATES MANAGEMENT, CORP.; JOEL DANZIGER, ESQ.; HARRIS MARKHOFF, ESQ.; IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORPORATION; FRIEDBERG SMITH & CO. P.C.; and JOHN DOES 1-100,

    Defendants,

and

BEACON ASSOCIATES LLC I,

    Nominal Defendant.

09 Civ. 00777 (LBS)

CLASS ACTION

## STIPULATION & ORDER

WHEREAS, on January 27, 2009, Plaintiffs, through their counsel, filed a class action and derivative complaint (the "Complaint") against the defendants in the above-referenced action (collectively, "Defendants"); and

WHEREAS, the Complaint alleges, among other claims, violations of the federal securities laws; and

\538247

WHEREAS, on February 2, 2009, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), counsel for Plaintiffs published a notice to purported members of the class advising them of the pendency of this action and their right to move this Court to serve as Lead Plaintiffs not later than 60 days after publication of the notice, or by April 3, 2009, 15 U.S.C. § 78u-4(a)(3); and

WHEREAS, after being appointed, Lead Plaintiffs may amend the Complaint.

NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE as follows:

1. Lead Plaintiffs may file and serve an Amended Complaint 60 days from the entry of the Court's Order appointing Lead Plaintiffs.

2. The time for Defendants to answer, move or otherwise respond to the Complaint is extended to 60 days after Lead Plaintiffs file their Amended Complaint or, if no Amended Complaint is filed, 60 days after Lead Plaintiffs advise Defendants that they do not intend to file an Amended Complaint.

3. Lead Plaintiffs shall file and serve their opposition to Defendants' motion(s) to dismiss, if any, no later than 60 days after service of such motion(s).

4. Defendants shall file and serve replies in further support of any motion(s) to dismiss no later than 30 days after service of any opposition by Lead Plaintiffs.

\538247

5.  This Stipulation and Order is without prejudice to, or waiver of, any rights, arguments or defenses otherwise available to the parties to this action, including any defense based on lack of personal jurisdiction.

Dated: March 5, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Daniel W. Krasner
Gregory M. Nespole
Demet Basar
Stacey T. Kelly
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

*Attorneys for Plaintiffs*

LANDMAN CORSI BALLAINE &
FORD, P.C.

By: _____
Louis G. Corsi
Stephen Jacobs
120 Broadway, 27th Floor
New York, NY 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

*Attorneys for Defendant Friedberg Smith & Co., P.C.*

CLEARY GOTTLIEB STEEN &
HAMILTON, LLP

By: _____
Lewis J. Liman
Stephen T. Kaiser
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2550
Facsimile: (212) 225-3999

*Attorneys for Defendants Ivy Asset Management Corp., and The Bank of New York Mellon Corporation*

HERRICK, FEINSTEIN LLP

By: _____
Arthur G. Jakoby
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Nominal Defendant Beacon Associates LLC I*

\538247

5.  This Stipulation and Order is without prejudice to, or waiver of, any rights, arguments or defenses otherwise available to the parties to this action, including any defense based on lack of personal jurisdiction.

Dated: March 5, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Daniel W. Krasner
Gregory M. Nespole
Demet Basar
Stacey T. Kelly
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

*Attorneys for Plaintiffs*

LANDMAN CORSI BALLAINE &
FORD, P.C.

By: _____
Louis G. Corsi
Stephen Jacobs
120 Broadway, 27th Floor
New York, NY 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

*Attorneys for Defendant Friedberg Smith & Co., P.C.*

CLEARY GOTTLIEB STEEN &
HAMILTON, LLP

By: _____
Lewis J. Liman
Stephen T. Kaiser
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2550
Facsimile: (212) 225-3999

*Attorneys for Defendants Ivy Asset Management Corp., and The Bank of New York Mellon Corporation*

HERRICK, FEINSTEIN LLP

By: _____
Arthur G. Jakoby
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

*Attorneys for Nominal Defendant Beacon Associates LLC I*

\538247

ROSENFELD & KAPLAN LLP

By: _____
Tab K. Rosenfeld
535 Fifth Avenue, Suite 1006
New York, New York 10017
Telephone: (212) 682-1400
Facsimile:  (212) 682-1100

*Attorneys for Defendants Beacon Associates
Management Corp., Joel Danziger, Esq., and
Harris Markhoff, Esq.*

SO ORDERED: _____

U.S.D.J.

3/12/09

\538247