UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN CACOULIDIS and PHYLLIS CACOULIDIS, as Trustees of GRAND METRO BUILDERS OF NY CORP. DEFINED BENEFIT PLAN, on behalf of themselves and all Others Similarly Situated, and Derivatively on behalf of BEACON ASSOCIATES LLC I,<br><br>Plaintiffs,<br><br>v.<br><br>BEACON ASSOCIATES MANAGEMENT CORP.; JOEL DANZIGER, ESQ.; HARRIS MARKHOFF, ESQ.; IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORPORATION; FRIEDBERG SMITH & CO. P.C.; and JOHN DOES 1-100,<br><br>Defendants,<br><br>and BEACON ASSOCIATES LLC I,<br><br>Nominal Defendant. | No. 09 Civ. 0777 (LBS) |
| JAY RAUBVOGEL, individually and as a trustee for M. RAUBVOGEL CO. TRUST, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEACON ASSOCIATES LLC I, BEACON ASSOCIATES MANAGEMENT CORPORATION, IVY ASSET MANAGEMENT, JOEL DANZIGER, HARRIS MARKHOFF, THE BANK OF NEW YORK MELLON CORPORATION, and FRIEDBERG SMITH & CO. P.C.,<br><br>Defendants. | No. 09 Civ. 2401 (LBS) |



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-09

| | |
|---|---|
| PLUMBERS LOCAL 112 HEALTH FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEACON ASSOCIATES MANAGEMENT CORP., JOEL DANZIGER, ESQ., HARRIS MARKHOFF, ESQ., and IVY ASSET MANAGEMENT CORPORATION,<br><br>Defendants. | No. 09 Civ. 3202 (___) |

**STIPULATION & [PROPOSED] ORDER**
**SCHEDULING BRIEFING FOR CONSOLIDATION OF ACTIONS,**
**APPOINTMENT OF LEAD PLAINTIFFS & APPOINTMENT OF LEAD COUNSEL**

This Stipulation is entered into by plaintiffs in the following actions, (1) *Cacoulidis v. Beacon Associates Management Corp., et al.*, No. 09 Civ. 0777 (LBS); John and Phyllis Cacoulidis as Trustees of the Grand Metro Builders of NY Corp. Defined Benefit Plan, (2) *Raubvogel v. Beacon Associates LLC I, et al.*, No. 09 Civ. 2401 (LBS); Jay Raubvogel for himself and as trustee of the M. Raubvogel Co. Trust, (3) *Plumbers Local 112 Health Fund v. Beacon Associates Management Corp., et al.*, No. 09 Civ. 3202; Plumbers Local 112 Health Fund, (4) Movants, Plumbers & Steamfitters Local 267 Benefit Funds, Plumbers Local 112 Health Fund, Local 73 Retirement Fund, and U.A. of Journeymen & Apprentices Local 73 Fund's, The Bricklayers and Allied Craftworkers Local 3 New York, (collectively, "Plaintiffs"), and (5) Beacon Associates Management Corp., Beacon Associates LLC I, Joel Danziger, Esq., Harris Markhoff, Esq., Ivy Asset Management Corp., Friedberg Smith & Co. P.C., and The Bank of New York Mellon Corp. (collectively, "Defendants"), through their undersigned counsel.

{2283 / ORD / 00094982.DOC v1}   1

WHEREAS, the actions captioned *Cacoulidis v. Beacon Associates Management Corp., et al.*, No. 09 Civ. 0777 (LBS), and *Plumbers Local 112 Health Fund v. Beacon Associates Management Corp., et al.*, No. 09 Civ. 3202, were filed alleging violations of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, Section 21D, 15 U.S.C. §78u, and violations of New York common law;

WHEREAS, the action captioned *Raubvogel v. Beacon Associates LLC I, et al.*, No. 09 Civ. 2401 (LBS), was filed alleging only violations of state and common law;

WHEREAS, on April 3, 2009, certain parties in 09 Civ. 0777 (LBS) and 09 Civ. 3202 filed motions seeking consolidation, appointment as lead plaintiff, and/or appointment of lead counsel (collectively, "Motions");

WHEREAS, Plaintiffs and Defendants have agreed to the briefing schedule set forth below on the Motions, to the extent any party wishes to take a position on any issues addressed in the Motions; and

WHEREAS, Plaintiffs and Defendants acknowledge that, by signing this stipulation, all rights are reserved and not waived and that no party is obliged to take a position on, and provide briefing for, every issue addressed in the Motions,

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs and Defendants that:

1. Plaintiffs and Defendants shall file and serve their oppositions to the Motions, if any, no later than Thursday, April 23, 2009.

2. Plaintiffs and Defendants shall file and serve replies, if any, no later than Thursday, April 30, 2009.

*Monday May 11, 2009 at 4:30PM* —LBS

3.  The Court will hear the parties on ~~Thursday, May 7, 2009 at 10:00 a.m. [or as soon thereafter as counsel may be heard]~~, in the Courthouse located at 500 Pearl Street, New York, NY 10007.

4.  This Stipulation and Order is without prejudice to, or waiver of, any rights, arguments or defenses otherwise available to the parties to these captioned actions.

Dated:      April 9, 2009

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____

Gregory M. Nespole
Demet Basar
Stacey T. Kelly
270 Madison Avenue
New York, NY 10016
(212) 545-4728

*Attorneys for John & Phyllis Cacoulidis on behalf of themselves and derivatively on behalf of Beacon Associates LLC I*

LOWEY DANNENBERG COHEN
& HART, P.C.

By: _____

Stephen Lowey (SL-7677)
Barbara Hart (BH - 3231)
Thomas M. Skelton (TS-7908)
Vincent Briganti (VB-1497)
One North Broadway
White Plains Plaza, 5th Floor
White Plains, New York 10601
(914) 997-0500

*Attorneys for The Plumbers & Steamfitters Local 267 Benefit Funds, Plumbers Local 112 Health Fund, Local 73 Retirement Fund and U.A. of Journeymen & Apprentices Local 73 Fund*

{2283 / ORD / 00094982.DOC v1}        3

**GRANT & EISENHOFER P.A.**

By: _____

James Joseph Sabella
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500

*Attorney for The Bricklayers and Allied Craftworkers Local 3 New York*

**HERRICK, FEINSTEIN LLP**

By: _____

Arthur Glenn Jakoby
David Michael Rosenfield
485 Lexington Avenue, 29th Floor
2 Park Avenue
New York, NY 10016
(212) 592-1400

*Attorneys for Beacon Associates L.L.C. I*

**CLEARY GOTTLIEB STEEN & HAMILTON, LLP**

By: _____

Lewis J. Liman
1 Liberty Plaza
New York, NY 10006
(212) 225-2000

*Attorney for Ivy Asset Management Corp., Ivy Asset Management LLC, and The Bank of New York Mellon Corp.*

**BERNSTEIN LIEBHARD LLP**

By: _____

Jeffrey M. Haber
Eric T. Chaffin
Joseph R. Seidman
Jeffrey Lerner
10 East 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414

*Attorneys for Jay Raubvogel on behalf of himself and as trustee of the M. Raubvogel Co. Trust*

**LANDMAN CORSI BALLAINE & FORD P.C.**

By: _____

Louis Gerard Corsi
Stephen Jacobs
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

*Attorneys for Friedberg Smith & Co. P.C.*

**ROSENFELD & KAPLAN, LLP**

By: _____

Tab Keith Rosenfeld
535 Fifth Avenue
New York, NY 10017
(212) 682-1400

*Attorney for Beacon Associates Management Corp., Joel Danziger, Esq., and Harris Markhoff, Esq.*

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: 4/14/09

_____
The Hon. Leonard B. Sand
United States District Judge

**GRANT & EISENHOFER P.A.**

By: _____/s/_____

James Joseph Sabella
485 Lexington Avenue, 29th Floor
New York, NY 10017
(646) 722-8500

*Attorney for The Bricklayers and Allied Craftworkers Local 3 New York*

**HERRICK, FEINSTEIN LLP**

By: _____

Arthur Glenn Jakoby
David Michael Rosenfield
485 Lexington Avenue, 29th Floor
2 Park Avenue
New York, NY 10016
(212) 592-1400

*Attorneys for Beacon Associates L.L.C. I*

**CLEARY GOTTLIEB STEEN & HAMILTON, LLP**

By: _____

Lewis J. Liman
1 Liberty Plaza
New York, NY 10006
(212) 225-2000

*Attorney for Ivy Asset Management Corp., Ivy Asset Management LLC, and The Bank of New York Mellon Corp.*

**BERNSTEIN LIEBHARD LLP**

By: _____

Jeffrey M. Haber
Eric T. Chaffin
Joseph R. Seidman
Jeffrey Lerner
10 East 40th Street, 22nd Floor
New York, NY 10016
(212) 779-1414

*Attorneys for Jay Raubvogel on behalf of himself and as trustee of the M. Raubvogel Co. Trust*

**LANDMAN CORSI BALLAINE & FORD P.C.**

By: _____

Louis Gerard Corsi
Stephen Jacobs
120 Broadway, 27th Floor
New York, NY 10271
(212) 238-4800

*Attorneys for Friedberg Smith & Co. P.C.*

**ROSENFELD & KAPLAN, LLP**

By: _____/s/_____

Tab Keith Rosenfeld
535 Fifth Avenue
New York, NY 10017
(212) 682-1400

*Attorney for Beacon Associates Management Corp., Joel Danziger, Esq., and Harris Markhoff, Esq.*

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: _____

_____
The Hon. Leonard B. Sand
United States District Judge

| | |
|---|---|
| **GRANT & EISENHOFER P.A.**<br><br>By: _____<br><br>James Joseph Sabella<br>485 Lexington Avenue, 29th Floor<br>New York, NY 10017<br>(646) 722-8500<br><br>*Attorney for The Bricklayers and Allied Craftworkers Local 3 New York* | **BERNSTEIN LIEBHARD LLP**<br><br>By: _____<br><br>Jeffrey M. Haber<br>Eric T. Chaffin<br>Joseph R. Seidman<br>Jeffrey Lerner<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016<br>(212) 779-1414<br><br>*Attorneys for Jay Raubvogel on behalf of himself and as trustee of the M. Raubvogel Co. Trust* |
| **HERRICK, FEINSTEIN LLP**<br><br>By: _____<br><br>Arthur Glenn Jakoby<br>David Michael Rosenfield<br>485 Lexington Avenue, 29th Floor<br>2 Park Avenue<br>New York, NY 10016<br>(212) 592-1400<br><br>*Attorneys for Beacon Associates L.L.C. I* | **LANDMAN CORSI BALLAINE & FORD P.C.**<br><br>By: _____<br><br>Louis Gerard Corsi<br>Stephen Jacobs<br>120 Broadway, 27th Floor<br>New York, NY 10271<br>(212) 238-4800<br><br>*Attorneys for Friedberg Smith & Co. P.C.* |
| **CLEARY GOTTLIEB STEEN & HAMILTON, LLP**<br><br>By: _____<br><br>Lewis J. Liman<br>1 Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br><br>*Attorney for Ivy Asset Management Corp., Ivy Asset Management LLC, and The Bank of New York Mellon Corp.* | **ROSENFELD & KAPLAN, LLP**<br><br>By: _____<br><br>Tab Keith Rosenfeld<br>535 Fifth Avenue<br>New York, NY 10017<br>(212) 682-1400<br><br>*Attorney for Beacon Associates Management Corp., Joel Danziger, Esq., and Harris Markhoff, Esq.* |

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: _____

_____
The Hon. Leonard B. Sand
United States District Judge

{228} / ORD / 00094982.DOC v1}                    4