UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: BEACON ASSOCIATES LITIGATION

This Document Relates To:

ALL ACTIONS

MASTER FILE
NO. 09-CV-0777-LBS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-09

## [PROPOSED] SCHEDULING ORDER
## FOR FILING OF CONSOLIDATED COMPLAINT

Lead Plaintiff's deadline to file a consolidated complaint shall be extended through Thursday, October 1, 2009.

Lead Plaintiff shall coordinate with counsel for all parties and submit a proposed schedule for briefing on any motions to dismiss.

DATED: 7/9/09

SO ORDERED:

_____
United States District Judge
Richard J. HOLWELL
Part I

{2283 / ORD / 00096539.DOC v1}