UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: BEACON ASSOCIATES LITIGATION | MASTER FILE NO.09-CV-0777-LBS |
| This Document Relates to: | |
| | PROPOSED ORDER |
| ALL ACTIONS | |

## [PROPOSED] ORDER

This matter coming before the Court on the request of Anna K. Ryon to change her name with the court to Anna K. Ryon-Walthall, after careful consideration, the Court is of the opinion that said request should be granted. The Court therefore directs the Admissions Clerk to make such changes in the attorney information.

DATED: _Nov. 3_, 2009

_____
Leonard B. Sand
UNITED STATES DISTRICT COURT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-3-09