UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
IN RE: BEACON ASSOCIATES LITIGATION

Master File No.:

09 Civ. 0777 (LBS)

------------------------------------------------------------------------ X

This Document Relates To:
ALL ACTIONS

ECF Case

------------------------------------------------------------------------ X

## CERTIFICATE OF SERVICE

I, Kimberly A. Lynch, assistant managing clerk at the Washington, D.C. office of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on September 8, 2010, the foregoing Supplemental Reply Memorandum Of Law In Response To Second Amended Complaint And In Further Support Of Motion Of The Ivy Defendants To Dismiss The Claims Asserted Against Them was served via the Court's CM/ECF system upon all counsel of record

Date: September 8, 2010          By: /s/ Kimberly A. Lynch
                                      Kimberly A. Lynch