**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC# _____
DATE FILED: 3/28/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

IN RE: BEACON ASSOCIATES LITIGATION :     Master File No.:

    09 Civ. 0777 (LBS)

This Document Relates To:
ALL ACTIONS

------------------------------------------------------X

### STIPULATION AND ~~PROPOSED~~ ORDER
### REGARDING TIME TO RESPOND TO CROSS-CLAIMS

WHEREAS, on December 20, 2010, nominal defendants Beacon Associates LLC I and Beacon Associates LLC II (collectively, the "Beacon Fund") filed their answer and counterclaims to the plaintiffs' second amended class action and derivative complaint in the above-captioned action; and

WHEREAS, in its answer, the Beacon Fund asserted cross-claims against, inter alia, the defendants Beacon Associates Management Corp., Joel Danziger and Harris Markhoff (collectively, the "Management Defendants"); and

WHEREAS, the Management Defendants' response to the Beacon Fund's cross-claims was to be filed on or before March 25, 2011;

NOW, THEREFORE, the undersigned parties hereby STIPULATE AND AGREE as follows:

1.       The date by which the Management Defendants shall file and serve their answer or response to the cross-claims of the Beacon Fund shall be on or before April 8, 2011;

2. This Stipulation my be executed in counterparts, and electronic or facsimile signatures shall be deemed to be original signatures.

Respectfully submitted,

HERRICK, FEINSTEIN LLP

By: _____
Arthur G. Jakoby, Esq.
2 Park Avenue
New York, New York 10016
Telephone: (212) 592-1400
Facsimile:  (212) 592-1500

*Attorneys for Nominal Defendants Beacon Associates LLC I and Beacon Associates LLC II*

Dated: March 25, 2011

ROSENFELD & KAPLAN LLP

By: _____
Tab K. Rosenfeld, Esq. (TR-9212)
Steven M. Kaplan, Esq. (SK-4228)
535 Fifth Avenue, Suite 1006
New York, New York 10017
Telephone: (212) 682-1400
Facsimile:  (212) 682-1100

*Attorneys for Defendants Beacon Associates Management Corp., Joel Danziger and Harris Markhoff*

SO ORDERED:

_____
Hon. Andrew J. Peck
United States Magistrate Judge

2