MEMO ENDORSED

**LEWIS, FEINBERG, LEE,**
**RENAKER & JACKSON, P.C.**
476 9TH STREET
OAKLAND, CALIFORNIA 94607
PHONE: (510) 839-6824 • FAX: (510) 839-7839
EMAIL:
MHASSELMAN@LEWISFEINBERG.COM

**KELLER ROHRBACK L.L.P.**
770 BROADWAY, SECOND FLOOR
NEW YORK, NEW YORK 10003
PHONE: (646) 495-6198• FAX: (646) 495-6197
EMAIL:
DPREMINGER@KELLERROHRBACK.COM

1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
PHONE: (206) 623-1900 • FAX: (206) 623-3384
EMAIL: AWILLIAMS-
DERRY@KELLERROHRBACK.COM

*[Received stamp: MAR 2 4 2011, CHAMBERS LEONARD...]*

March 23, 2011

*[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3-28-11]*

*Via Overnight Delivery*
The Honorable Leonard B. Sand
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    RE:    *Hartman, et al. v. Ivy Asset Management, et al.*, 09-Civ-08278,
             Master File 09-Civ. 0777 (LBS) (AJP)

Dear Judge Sand:

    We write on behalf of the Plaintiffs in *Hartman, et al. v. Ivy Asset Management, et al.*, 09-Civ-08278, which was consolidated with *In re Beacon Assoc. Litig.*, No. 09-Civ. 0777 (LBS) (AJP). On February 16, 2011, Defendants Ivy Asset Management LLC, Lawrence Simon, Howard Wohl, and Adam Geiger (the "Ivy Defendants") filed a Motion to Dismiss and for Reconsideration and supporting documents (Docket Nos. 68-71). Plaintiffs' opposition is due May 6, 2011. Also on February 16, 2011, the Ivy Defendants filed a Motion to Dismiss the then-operative complaint of the Secretary of Labor in *Solis v. Beacon Associates Management Corp.*, et al., No. 10-Civ. 08000 (LBS) (AJP). The Secretary has since filed an amended complaint.

    In their memorandum in support of their motion to dismiss and for reconsideration in *Hartman*, the Ivy Defendants purport to incorporate by reference their entire memorandum in support of their motion to dismiss in *Solis*. *See, e.g.*, Docket No. 69 at 5, 14. By so doing, the Ivy Defendants have attempted to submit approximately 40 pages of memoranda in support of their motion to dismiss and for reconsideration, rather than the 25 pages to which they are entitled under your Honor's individual practices. Notably, the Ivy Defendants have attempted to incorporate by reference a document that is no longer even operative, because it has been superseded by an amended complaint.

**MEMO ENDORSED**

The Honorable Leonard B. Sand
March 23, 2011
Page 2

      In light of the Ivy Defendants' attempt to incorporate a moot memorandum by reference, Plaintiffs must respond to 40 pages of argument, some of which is geared toward a different complaint than Plaintiffs', within the 25 pages allowed for an opposition memorandum. To eliminate the prejudice to Plaintiffs from this situation, Plaintiffs respectfully request that the Court either (1) disregard the moot *Solis* memorandum in deciding the motion to dismiss and for reconsideration in *Hartman*, or (2) extend to 40 pages the page limit for the *Hartman* Plaintiffs' opposition to the Ivy Defendants' motion to dismiss and for reconsideration. Thank you for your consideration.

Respectfully submitted,

| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | KELLER ROHRBACK L.L.P. |
|---|---|
| By /s/ Margo Hasselman | By /s/ David S. Preminger |
| Margo Hasselman | David S. Preminger |

cc: All counsel (by email)

*[Handwritten endorsement: Referred to Magistrate Judge Peck. So Ordered. /s/ Sand, USDJ, 3/28/2011]*

**MEMO ENDORSED**