UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: BEACON ASSOCIATES LITIGATION | **MEMORANDUM & ORDER** |
| This Document Relates to: | 09 Civ. 777 (LBS) |
| ALL ACTIONS | |

---

Sand, J.,

The Court, *suo sponte*, orders that the Memorandum & Order filed on March 14, 2012, granting Plaintiffs' motion for class certification, be amended to delete the word "discretionary" from pages 37 and 40.

SO ORDERED:

Dated: April 4, 2012
      New York, NY

_____
U.S.D.J.